# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## SUPPLEMENT TO MOTION TO WALKTHROUGH THE CAPITOL (No. 231)

In ECF No. 231, I moved the Court for permission to travel to Washington for the purpose of inspecting physical evidence that is crucial to a determination of innocence in my trial. Specifically, I noted in ECF No. 236 at 1, that I need to inspect the Senate Carriage Doors to show that it was impossible for me to know that an officer had bumped my flagpole into the door as I was trying to stand out of the way, waiting to exit the Capitol. I also noted that the government previously had no objection to me being inside the Capitol to view CCTV, and that other January 6 defendants such as journalist Steve Baker and Adam Johnson have recently been in the Capitol on regular tours, and in the case of Baker, as a member of the press credentialed by the Democratic appointed Senate Sergeant of Arms.

No Capitol Police were victimized by their presence, just as no Capitol Police were victimized by my presence entering a Congressional office building last May. We love our country, and restrictions that prohibit peaceful January 6 defendants (like myself) from entering Washington or entering our Capitol building are ridiculous, just as these excessive, weaponized prosecutions are ridiculous, and will be ridiculed by historians (and soon, the Supreme Court)!



*Figure 1: As of April 25, 2024, Adam Johnson is still smiling. Injustice will not crush us. We will win.*

I would now like to point out that Adam Johnson, the Lectern Leader, has today once again toured the United States Capitol without incident. He was once again dangerously smiling inside the rotunda, but no Capitol Police were harmed during his tour. Video of Johnson in the rotunda smiling and wearing an 'I VISITED THE CAPITOL AND ALL I GOT WAS SOLITARY CONFINEMENT' shirt, can be viewed on his Twitter.[1] There is absolutely no reason for the Court to prevent me from also having to the building for the more purposeful reason of inspecting evidence in my case.

Since the Court has set July 12, 2024, as the date of my pre-trial conference (ECF No. 240), I now supplement my motion to the Court to allow me to walkthrough the Capitol that same week in July, and to sit in on January 6 trials that same week so that I can save on travel.

---

[1] Johnson's April 25, 2024, rotunda smile (which might ridiculously be considered domestic terrorism by the out of touch goons in the DOJ), can be viewed here: https://twitter.com/lecternleader/status/1783504564177547352

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service

I certify a copy of this was filed electronically for all parties of record on April 25, 2024.

/s/

William Alexander Pope, Pro Se