UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE,** | : | |
| | : | |
| **Defendant.** | | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia informs the Court that Assistant United States Attorney, Joshua Ontell, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel on the docket at the time of this filing will continue to represent the United States in this case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Joshua Ontell*
Joshua Ontell
VA Bar # 92444
Assistant United States Attorney
601 D Street NW
Washington, DC 20001
joshua.ontell@usdoj.gov
(202) 252-7706