# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br><br>Defendant. | Case No.: 1:21-cr-00128-RC |

## REPLY TO GOVERNMENT RESPONSE (NO. 287) WHICH REGARDS MY MOTION (NO. 254) TO RECONSIDER NO. 206

In ECF No. 254, I moved the Court to clarify and reconsider ECF No. 206, which was denied in Order No. 239. In response, the government painted my motion to reconsider as being categorically different than ECF. No. 206. However, as I noted in ECF No. 254 in Footnote 3, Congress has published quite a bit of the January 6 footage since I originally filed ECF No. 206 in January, which allowed me to make a more specific request. Since filing ECF No. 254, Congress has also published five of the nine cameras I requested in my motion to reconsider.

This leaves four cameras that I still need a copy of, and those four are incredibly important since three of them pertain to my entrance and exit. They are cameras 0104, 0114, 0117, and 0179. Some of these cameras were used as exhibits in my brother's trial, but the government reduced the resolution of those exhibits, and in some cases corrupted the footage (See ECF No. 267). For these reasons, I am seeking the original, unaltered, uncorrupted footage.

While the government claims they intend to fulfill my request for these nine cameras (ECF No. 287 at 2), they have not yet done so, nor have they given a date for when this video will be produced. So, the Court should grant my motion rather than denying it as moot.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service

I certify a copy of this was filed electronically for all parties of record on May 20, 2024.

/s/

William Alexander Pope, Pro Se