# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS CHARGES

On May 13, 2024, the government moved to dismiss Counts Five and Seven from my indictment (ECF No. 273). I do not object to these counts being dismissed, however, I will point out that I never should have been charged with these counts in the first place. The government only moved to dismiss them after the Court compelled the government to produce particulars for these counts, and as we now see, the government knew all along that the facts did not support the charges. Had the Court not required particulars, the government intended to convince a biased jury to find me guilty of these Counts despite me being entirely innocent.

The Court should find it alarming that the government considers the D.C. jury pool to be so biased and hostile towards January 6 defendants that they can get automatic convictions on these vague and meritless accusations. This fact justifies the Court to require more particulars from the government in the future, and for the Court to begin granting change of venue motions.

For more than three years, the government has falsely accused me of committing these crimes, and newspapers have readily reprinted those false and defamatory accusations. Even though the government now admits they do not have evidence to support their allegations, these lies are eternally in the public space. There must be accountability!

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service

I certify a copy of this was filed electronically for all parties of record on May 27, 2024.

/s/

William Alexander Pope, Pro Se