# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br><br>Defendant. | Case No.: 1:21-cr-00128-RC |

## REPLY TO GOVERNMENT OPPOSITION TO TRAVEL EXPENSES

In ECF No. 301, the government filed opposition to my Motion for Lodging and Travel Expenses (ECF No. 269). This opposition was filed on May 28, 2024, after the Court's hard deadline for responses to pretrial motions, and thus, my Motion for Travel and Lodging should be treated by the Court as conceded by the government according to Local Rule 47(b). Accordingly, expenses for travel and lodging should be granted in full.

The government's disregard for the Court's Order No. 240, is not exempted by Fed. R. Crim. P. 45, as that rule only allows extensions for a period stated in days (such as 7 days or 14 days), not for Court ordered hard deadlines. In this case the Court ordered that responses were "due on or before May 27, 2024." The government's late response is thus invalid and should be treated as a concession of my motion for travel expenses.

Furthermore, the government's disregard of the Court's deadline has deprived me of a day which I could have used to draft replies, thus negatively impacting my defense. This further justifies the Court treating the government's late response as a concession to my motion.

The government's late response also lacks merit as I have already provided the Court documentation on my financial situation, and my finances have further deteriorated in the time since I filed that paperwork because I subsequently lost my teaching job.

The government also argues that lodging and sustenance expenses should not be provided during trial. If this is a legal impossibility, I would ask the Court to advise on the regulations for reserving a campsite on the Courthouse lawn (which Google Streetview indicates is a public campground), and to point me towards any resources that the City of Washington has made available for illegal immigrants and those living on the streets.

I find it ridiculous that the government is alleging that I illegally entered the Capitol but is unwilling to provide me travel compensation for trial. At the same time the government is allowing millions of foreigners to illegally enter our country, is declining to prosecute them for illegal entry, and is providing them with Refugee Cash Assistance through the Department of Homeland Security. Why is our government prosecuting citizens instead of foreigners, and giving financial aid to foreigners instead of citizens? Where is my equal justice under the law?

My request for travel expenses is not unusual. Other January 6 defendants have made similar requests which have been granted. If the government would like to save the cost of my transportation, they are free to drop my charges and save me a trip to Washington!

But regardless of that, the government has disrespected the Court and conceded my motion by failing to reply to it on time, so the Court should grant my motion in full!

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service

I certify a copy of this was filed electronically for all parties of record on June 3, 2024.

/s/

William Alexander Pope, Pro Se