# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br><br>               Defendant. | Case No.: 1:21-cr-00128-RC |

## REPLY TO THE GOVERNMENT'S OPPOSITION TO IDENTIFY ALL EVIDENCE THAT HAS BEEN CORRUPTLY ALTERED BY THE GOVERNMENT AND TO BAN USE OF SUCH EVIDENCE IN TRIAL

     In ECF No. 300, the government filed opposition to my motion to identify any evidence that has been altered by the government and to ban use of such evidence in trial (ECF No. 267). The government's opposition was filed on May 28, 2024, after the Court's hard deadline for responses to pretrial motions, and thus, my motion should be treated by the Court as conceded by the government according to Local Rule 47(b). The government's disregard for the Court's Order No. 240, is not exempted by Fed. R. Crim. P. 45, as that rule only allows extensions for a period stated in days (such as 7 days or 14 days), not for Court ordered hard deadlines. In this case the Court ordered that responses were "due on or before May 27, 2024." The government's late response is thus invalid and should be treated as a concession of my motion.

     Furthermore, the government's disregard of the Court's deadline has deprived me of a day which I could have used to draft replies, thus negatively impacting my defense. This further justifies the Court treating the government's late response as a concession to my motion.

In addition to this, the government's response was not convincing or adequate. If the government contends that their quality control is so sloppy that they cannot even produce unaltered video as exhibits in trial, then this case should be dismissed outright. I should not have to face incompetent accusers in court who are corrupting the facts of this case.

The government also falsely claims that they provided me "longer time-stamped excerpts and designated them as 'sensitive' under the protective order in this case, rather than 'highly sensitive.'" They have not yet sent me these longer files. However, since the government is now conceding that I can use video from evidence.com, I will obtain CCTV for exhibits that way.

But regardless of that, the government has disrespected the Court and conceded my motion by failing to reply to it on time, so the Court should grant my motion in full.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on June 3, 2024.
/s/
William Alexander Pope, Pro Se