**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-128 (RC)** |
| | **:** | |
| **WILLIAM POPE,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**JOINT MOTION TO EXTEND DEADLINE TO FILE PRETRIAL STATEMENT**

  The United States of America and the defendant, William Pope, jointly move to extend the Court's deadline for the filing of a joint pretrial statement until July 5, 2024.

  On April 24, 2024, the Court entered a scheduling order pursuant to which the parties must file a joint pretrial statement, including proposed jury instructions, exhibit lists, and witness lists, by June 28, 2024.   ECF Nos. 240, 326 at 5.   As the Court is aware, a decision in *United States v. Fischer*, No. 23-5572, is expected shortly.   That case will address the contours of Title 18, United States Code, Section 1512(c)(2), a statute that the defendant is charged with violating in Count Two of the Superseding Indictment (ECF No. 46); the outcome of the case could alter the parties' presentation of evidence, including the selection of witnesses, and proposed jury instructions.

The parties therefore respectfully request that the deadline to file pretrial motions be extended from June 28, 2024 until July 5, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Benet J Kearney*
Benet J. Kearney
NY Bar No. 4774048
Kelly Elizabeth Moran
NY Bar No. 5776471
Matthew Beckwith
DC Bar No: 90014452
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
Benet.Kearney@usdoj.gov
Kelly.Moran@usdoj.gov
Matthew.Beckwith@usdoj.gov
(212) 637 2260 / (202) 740 4690 / (202) 252 7109