**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-128 (RC)** |
| | **:** | |
| **WILLIAM POPE,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**<u>NOTICE TO COURT</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this response to defendant William Pope's Notice to the Court, ECF No. 354.

The defendant has requested that the government produce recordings made by an individual who entered the United States Capitol building via the Senate Wing Doors at approximately 2:25 p.m. on January 6, 2021. *See* ECF No. 237 at 14; ECF No. 256 at 6. On June 18, 2024, the Court found that this footage would be helpful to the preparation of Pope's defense "because presumably it depicts [Pope's] conduct in the Capitol on January 6" and ordered the government to disclose this video footage to the defendant, "to the extent that the Government has [it] in its possession." ECF No. 326 at 38.

The government has not identified any photographs or videos that were taken by the

individual identified by the defendant while that individual was entering the Capitol building via

the Senate Wing Door or that depict the defendant or Michael Pope.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Benet J Kearney*          
Benet J. Kearney
NY Bar No. 4774048
Kelly Elizabeth Moran
NY Bar No. 5776471
Matthew Beckwith
DC Bar No: 90014452
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
Benet.Kearney@usdoj.gov
Kelly.Moran@usdoj.gov
Matthew.Beckwith@usdoj.gov
(212) 637 2260 / (202) 740 4690 / (202) 252 7109