UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-128 (RC) |
| : | |
| WILLIAM POPE, : | |
| : | |
| Defendant. : | |

## NOTICE TO COURT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this reply to defendant William Pope's Response to the government's Notice to the Court, ECF No. 358.

The defendant has requested that the government produce recordings made by an individual who entered the United States Capitol building via the Senate Wing Door at approximately 2:25 p.m. on January 6, 2021 (the "Individual").[1]  *See* ECF No. 237 at 14; ECF No. 256 at 6.  On June 18, 2024, the Court found that this footage would be helpful to the preparation of Pope's defense "because presumably it depicts [Pope's] conduct in the Capitol on January 6" and ordered the government to disclose this video footage to the defendant, "to the extent that the Government has [it] in its possession." ECF No. 326 at 38.  On September 6, 2024, the defendant filed a Notice of Failure to Produce, informing the Court that the government had not provided "all footage recorded by" the Individual.  ECF No. 354.  On September 17, 2024, the government responded that it had not identified any photographs or videos that were taken by the Individual while entering through the Senate Wing Door or that depicted the defendant or

---

[1] Because of safety concerns, the Individual testified using the pseudonym "Aaron" during trial in *United States v. Nordean*, 21 Cr. 175 (TJK)

Michael Pope. ECF No. 357. On September 20, 2024, the defendant filed a response, directing the Court's attention to testimony by the Individual in *Nordean*, in which the Individual testified that he had taken photographs and recorded videos on January 6, 2021, that he had provided some of those videos and photographs to the FBI, that the FBI had copied his phone, and that he did not recall if he had deleted photographs. *See* ECF 358-1 at 18-19. On October 2, 2024, the Court ordered the government to file a response addressing "whether it believes [the Individual] deleted such alleged video and, if so whether the Government had the capacity to retrieve such data from the purported mirror-image copy of his phone taken by the FBI."

The government informs the Court as follows:

Subsequent to January 6, 2021, the Individual was interviewed by the FBI, voluntarily provided photographs and videos that he had taken on January 6, 2021 to the FBI, and permitted the FBI to image the cellphone he carried that day. The materials were reviewed for, *inter alia*, photographs and videos that depicted the events of January 6, 2021. None of the collections were found to include a photograph or video of the Individual's entry through the Senate Wing Door. During an interview, the Individual informed the FBI that he had deleted materials from January 6, 2021 from his phone in order to create more storage space on his cellphone. The government notes that the foregoing facts formed the good faith basis on which the Individual was confronted with the potential deletion of materials during cross examination in *Nordean*.

In May 2024, the undersigned AUSA reviewed images and videos from the Individual's phone that the FBI identified as having been taken on or around January 6, 2021 and did not identify any photographs or videos that were taken as the Individual was entering the Capitol building via the Senate Wing Door or that depicted the defendant or Michael Pope.[2] The result

---

[2] One image depicts the courtyard outside of the Senate Wing Doors, but the interior of the

of the undersigned AUSA's review of the materials was consistent with previous reviews of the materials by the FBI: No photographs or videos of the Individual's entry through the Senate Wing Door were identified.

In response to the Court's October 2 order, the FBI re-reviewed the full image of the Individual's phone and did not identify any photographs or videos that appeared to have been recorded while the Individual was entering the Capitol building or in the area inside the Senate Wing Door. The FBI also reviewed deleted and partial images and thumbnail files from the full image of the phone, and did not identify any materials that appeared to be from the Senate Wing Door area.

Based on the Individual's testimony, his statements to the FBI, and a review of the full image of his cellphone, the government believes that the Individual did delete images and/or videos that he recorded on January 6. It remains unclear whether the images and/or videos deleted by the Individual included footage from the vicinity of the Senate Wing Door—or if, for instance, the

[this space intentionally left blank]

---

building is not visible. The metadata associated with this image indicated it was taken at approximately 2:17 p.m., when William Pope and Michael Pope were at the Senate Carriage Door.

Individual used his phone in a way that would not result in the creation of a recording stored on the device.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:    */s/ Benet J Kearney*
           Benet J. Kearney
           NY Bar No. 4774048
           Matthew Beckwith
           DC Bar No: 90014452
           Assistant United States Attorneys
           601 D Street NW
           Washington, DC 20530
           Benet.Kearney@usdoj.gov
           Matthew.Beckwith@usdoj.gov
           (212) 637 2260 / (202) 252 7109