**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-128 (RC) |
| | : | |
| MICHAEL POPE, | : | |
| | : | |
| Defendant. | : | |

**SENTENCING SCHEDULING ORDER**

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **April 23, 2025, at 10:00 a.m.** in Courtroom 23A;

2. the probation officers assigned to this case shall disclose the draft pre-sentence investigation reports to the parties no later than **February 24, 2025**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation reports to the probation officers no later than **March 17, 2025**;

4. the probation officers shall disclose to the parties and file with the Court the final pre-sentence investigation reports no later than **March 31, 2025**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **April 7, 2025**, with all responses (if any) due by **April 14, 2025**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated: October 24, 2024　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge