# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br><br>Defendant. | Case No.: 1:21-cr-00128-RC |

## SUPPLEMENT TO SECOND MOTION TO CONTINUE

On November 8, 2024, I filed ECF No. 273, which is a second motion to continue my trial date due to the unique circumstances following the 2024 Presidential Election. This motion was filed after it was reported that Judge Contreras has indicated his openness to pausing January 6 case proceedings until the next administration. The next day, November 9, 2024, the government opposed my motion to continue in ECF No. 374, and I replied to the government's opposition in ECF No. 375. This matter is now ready for the Court to decide.

However, I do want to supplement my motion by noting the language from Special Counsel Jack Smith's *Motion to Vacate Briefing Schedule* in another January 6 case, the United States v. Donald J. Trump. In that case, the government noted the need to pause in order to assess the "unprecedented circumstances" following the presidential election and to "determine the appropriate course going forward" (D.C. District Court: 23-cr-257-TSC, Document No. 278).

These unprecedented circumstances arise because the American people have chosen to vest all executive power in Donald Trump when he becomes President of the United States, in accordance with *Article II, Section 1 of the United States Constitution*. Clearly, if a pause is justified in the case of United States v. Donald J. Trump, then pauses are also justified in other

January 6 cases since *Article II, Section 2 of the Constitution* will give President Trump the "power to grant reprieves and pardons." Since President-elect Trump has openly indicated his intention to use such power to grand reprieves in my case and others, this Court should consider these "unprecedented circumstances" that have been acknowledged by the government, and the Court should grant my motion to continue. Moving forward with this case would run counter to the will of the people and would waste a significant amount of time and judicial resources.

      I do respectfully request a speedy resolution to this motion so that I can plan my defense. I have been told that I need to begin filing witness subpoenas this week in order for them to be served in time for my December 2, 2024, trial date. I have held off on filing these subpoenas pending the outcoming of this motion to continue, because I do not want to make the U.S. Marshals do work that may not ultimately be needed. Out of courtesy, I am also taking into consideration the fact that many witnesses may also have made holiday plans that could be affected by this trial. I do not want to unnecessarily compel the 27 witnesses I listed in the Joint Pretrial Statement (ECF No. 372 at 3), to cancel holiday plans in order to attend my trial for the three weeks immediately after Thanksgiving and before Christmas if this trial will not happen.

      So, I respectfully ask that my motion promptly be granted so subpoenas can be avoided.

      Respectfully submitted to the Court,

                                      By: William Pope

                                              /s/

                                        William Pope
                                        Pro Se Officer of the Court
                                        Topeka, Kansas

Certificate of Service

I certify a copy of this was filed electronically for all parties of record on November 12, 2024.
/s/
William Alexander Pope, Pro Se