UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-128 (RC) |
| : | |
| WILLIAM POPE, : | |
| : | |
| Defendant. : | |

### UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S SUPPLEMENT TO MOTION TO CONTINUE TRIAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, submits this response to Defendant William Pope's Supplement to Second Motion to Continue, ECF No. 376.

The defendant's citation to Special Counsel Jack Smith's motion to vacate a briefing schedule in the matter of *United States v. Trump*, No. 23-cr-257 (TSC), is inapposite. That motion refers to the "unprecedented circumstance" of a criminal defendant being "expected to be certified as President-elect on January 6, 2025, and inaugurated on January 20, 2025." *See id.*, ECF No. 278. The need to "determine the appropriate course going forward consistent with Department of Justice policy," *id.*, is not similarly implicated in this case, where the defendant is a private citizen. Courts have denied similar motions to continue other January 6 trials on this basis. *See, e.g., United States v. Baker,* 24 Cr. 121 (CRC), Nov. 11, 2024 Minute Order; *United States v. Johnson*, 24 Cr. 141 (JDB), Nov. 13, 2024 Minute Order.

The Court should deny the motion to continue and proceed to trial on December 2, 2024.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   */s/ Benet J. Kearney*
        Matthew Beckwith
        DC Bar No: 90014452
        Benet J. Kearney
        NY Bar No. 4774048
        Assistant United States Attorneys
        601 D Street NW
        Washington, DC 20530
        Matthew.Beckwith@usdoj.gov
        Benet.Kearney@usdoj.gov
        (202) 252 7109 / (212) 637 2260