IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Criminal No.: 21-cr-128 (RC) |
| vs. | ) ) ) ) | |
| MICHAEL POPE, | ) ) ) | |
| Defendants. | ) ) | |

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
BY DEFENDANT MICHAEL POPE TO CONTINUE THE DUE DATE FOR NEW TRIAL MOTION

The Court has reviewed Defendant Michael Pope's Unopposed Motion To Continue the Due Date For New Trial Motion, seeking a new due date of December 20, 2024, and finding good cause therein,

IT IS SO ORDERED.

DATED:                                             _____
                                                   Hon. Rudolph Contreras
                                                   United States District Judge