# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**v.**

**WILLIAM ALEXANDER POPE,**

Defendant .

Case No.: 1:21-cr-00128-RC

## NOTICE TO THE COURT: MERRY CHRISTMAS

Dear Judge Contreras,

    This is now our fourth and hopefully last Christmas together. While I don't always agree with your rulings, I do appreciate being allowed to represent myself in my own way. May you and your staff have a Merry Christmas, and an excellent New Year!

> *"For unto us a Child is born, Unto us a Son is given; And the government will be upon His shoulder. And His name will be called Wonderful, Counselor, Mighty God, Everlasting Father, Prince of Peace." - Isaiah 9:6*

Submitted respectfully to the Court,

                                      By: William Pope

                                          /s/

                                        William Pope

                                        Pro Se Officer of the Court

                                        Topeka, Kansas

# As for the Government, Bah Humbug!

**You should have considered the wisdom of Charles Dickens' Christmas Carol:**

*"Again the spectre raised a cry, and shook its chain and wrung its shadowy hands.*
*'You are fettered,' said Scrooge, trembling. 'Tell me why?'*
*'I wear the chain I forged in life,' replied the Ghost. 'I made it link by link, and yard by yard; I girded it on of my own free will, and of my own free will I wore it. Is its pattern strange to you?'"*

*"The air was filled with phantoms, wandering hither and thither in restless haste, and moaning as they went. Every one of them wore chains like Marley's Ghost; some few (they might be guilty governments) were linked together; none were free. Many had been personally known to Scrooge in their lives. He had been quite familiar with one old ghost, in a white waistcoat, with a monstrous iron safe attached to its ankle, who cried piteously at being unable to assist a wretched woman with an infant, whom it saw below, upon a door-step. The misery with them all was, clearly, that they sought to interfere, for good, in human matters, and had lost the power for ever."*

**Soon you will be out of government, and like Marley's ghost, you will be out of power to turn from evil and do good.**

**Rather than seeking peace and de-escalating tensions, you have pushed forward with January 6 trials and sentencings even after the American people firmly rebuked you. Most repulsive of all, you have rushed to tear January 6 dissidents away from their families and throw them in prison before Christmas.**

**For four years you have crushed the lives of peaceful Americans.**

**In doing so, you have attacked our Constitutional rights.**

**Putting me in chains was your biggest mistake.**

**You will be haunted by these chains you have forged for yourselves.**

Certificate of Service
I certify that a copy of this was filed electronically for all parties on December 25, 2024.

/s/
**William Alexander Pope, Pro Se**



**I AM YOUR GHOST OF CHRISTMAS PAST, PRESENT, AND FUTURE.**