# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| | : | Criminal Action No.: | 21-128 (RC) |
| v. | : | | |
| | : | | |
| WILLIAM POPE, | : | Document Nos.: | 312, 391, 392, 393 |
| | : | | |
| Defendant. | : | | |

## ORDER

### DENYING DEFENDANT'S MOTION FOR THE PRODUCTION OF MATERIALS; GRANTING THE GOVERNMENT'S CROSS-MOTION FOR RETURN OF SENSITIVE MATERIALS; AND DENYING DEFENDANT'S MOTION FOR SANCTIONS

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendant's motion to compel production of additional case materials (ECF No. 391) is **DENIED**, the Government's cross-motion for return of sensitive materials (ECF No. 392) is **GRANTED**, and Defendant's motions for sanctions (ECF Nos. 312, 393) are **DENIED**.

**SO ORDERED**.

Dated: July 28, 2025                                              RUDOLPH CONTRERAS
                                                                  United States District Judge